STATE of Missouri,
Plaintiff/Respondent,

v.

Demeco Quntay WILLIAMS,
Defendant/Appellant.

No. ED 80220.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 24, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 27, 2002.

Jennifer S. Walsh, Assistant Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for respondent.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J. and KATHIANNE KNAUP CRANE, J.

## ORDER

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of one count of robbery in the second degree, in violation of section 569.030 RSMo (2000). The trial court found defendant to be a prior and persistent offender and sentenced him to sixteen years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).